**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES SHULRUFF D.D.S., ) | | |
| on behalf of plaintiff and ) | | |
| the class members defined herein, ) | | |
| ) | | |
| Plaintiff, ) | 16-cv-980 | |
| ) | | |
| v. ) | Honorable Judge Alonso | |
| ) | Magistrate Judge Schenkier | |
| FUTUREDONTICS, INC., ) | | |
| and JOHN DOES 1-10, ) | | |
| ) | | |
| Defendants. ) | | |

**STIPULATION TO DISMISS**

     NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

                                       Respectfully submitted,

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| CHARLES SHULRUFF D.D.S | FUTUREDONTICS, INC., |
| | |
| */s/ Dulijaza Clark* | */s/ Elizabeth M Bartolucci* |
| Daniel A. Edelman | James J. O'Hagan |
| Dulijaza (Julie) Clark | Matthew Ross Lasky |
| EDELMAN, COMBS, LATTURNER | Elizabeth M Bartolucci |
|     & GOODWIN, LLC | O'Hagan LLC |
| 20 S. Clark Street, Suite 1500 | One East Wacker Drive, Suite 3400 |
| Chicago, IL 60603 | Chicago, IL 60601 |
| P: (312) 739-4200 | P: (312) 422-6100 |
| F: (312) 419-0379 | F: (312) 422-6110 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on **May 16, 2016**, she caused the foregoing **Stipulation to Dismiss** to be electronically filed with the Clerk of the United States District for the Northern District of Illinois by filing through the CM/ECF system, which served a copy upon counsel of record.

*s/ Dulijaza Clark*
Dulijaza Clark

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)